IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 16-cr-30097-DRH |
| vs. ) | |
| ) | Title 18, United States Code, |
| CURTIS SMITH, ) | Section 1030(a)(2)(C) and (b). |
| ) | Misdemeanor |
| ) | |
| Defendant. ) | |

### INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about March 27, 2012, in Madison County, within the Southern District of Illinois,

**CURTIS SMITH,**

defendant herein, without authorization, intentionally accessed and obtained information from a protected computer affecting interstate commerce by going to an AT&T store and falsely claiming that he had authorization to change access information on an account held by the victim R.S. when he did not in fact have authorization to gain access to that account.

All in violation of Title 18, United States Code, Section 1030(a)(2)(C) and (b).

UNITED STATES OF AMERICA

DONALD S. BOYCE
United States Attorney
Southern District of Illinois

RANLEY R. KILLIAN
Assistant United States Attorney

Bond Recommendation: $5,000 unsecured